IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT OLIVER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PA DEPT. OF CORRECTIONS, et al.** | : | **NO. 13-5321** |

## ORDER

**AND NOW**, this 8th day of January, 2014, upon consideration of Defendants, Wexford Health Sources, Inc., Dr. Irwin Lewis, Dr. Muhammad Golsorkhi (incorrectly named "Dr. Golsorski" in Plaintiff's Complaint), Dr. Hayriye Gok, Dr. Jeanne DeFrangesco, and Raymond Machak, P.A.'s Motion to Dismiss or in the Alternative for Summary Judgment (Document No. 20), Motion To Dismiss of Corizon Health, Inc/Prison Health, Dr. Richard Stefanic, Dr. Margarita McDonald and Dr. Bruce Blatt (Document No. 38), Motion to Dismiss filed by Defendants Superintendent Michael Wenerowicz, Joseph Korszniak, Robert Grossman, and Gwynette Edwards (Document No. 54), and the plaintiff's submissions, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The complaint is **DISMISSED** as to all defendants.

2. Plaintiff is granted leave to file an amended complaint no later than February 5, 2014.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.